IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MADELINE JENKINS, individually and on behalf of persons similarly situated;<br><br>  Plaintiff<br><br>v.<br><br>OAK LODGE, LLC, PARC 73, LLC and MICHAEL STEVENS;<br><br>  Defendants. | )<br>)<br>)<br>)  No. 17-01673-SDD-RLB<br>)<br>)  Judge Shelly Dick<br>)  Mag. Richard Bourgeois<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**

Before the Court is the Joint Motion for Settlement Approval filed by Plaintiff Madeline Jenkins, individually and on behalf of persons similarly situated, and Defendants Oak Lodge, LLC, Parc 73, LLC, and Michael Stevens. The motion is hereby GRANTED as set forth below.

**A.  Settlement Approval**

This Court has previously preliminarily approved the settlement sums at issue here as fair and reasonable. [Dkt. #17]. The proposed settlement amounts account for all unpaid overtime which may be owed to the members of the collective according to those records, plus 100% of the liquidated damages which are available pursuant to 29 U.S.C. § 216(b). The proposed settlement is hereby APPROVED, and the Defendants shall pay the named Plaintiff and each opt-in Plaintiff in accordance with the schedule set forth in the Motion, within no later than fourteen days from the date of entry of this Order.

B.  **Attorney's Fees and Costs**

A prevailing plaintiff in an FLSA action is entitled to recover reasonable attorneys' fees and costs. 29 U.S.C. § 216(b). The parties agree that Plaintiff is entitled to recover her fees and costs as prevailing party. They have further agreed that Plaintiff has incurred $574.55 in recoverable costs and $11,052.00 in attorney's fees, based on 9.5 hours of work performed by Robert B. Landry at his regular hourly rate of $400, for a total of $3,800; and 25.9 hours of work performed by attorney Charles Stiegler has recorded 25.9 hours of work on this matter at his regular hourly rate of $280, for a total of $7,252.00. The Court hereby finds that these hourly rates are reasonable and appropriate, and that the time spent on this litigation was appropriate given the excellent result reached for the clients. The Court further finds that counsel for Plaintiffs are entitled to recover $574.55 in forwarded costs including the $400 court filing fee, $138.90 in costs of service for the three defendants, and $35.65 in costs associated with the mailing of notice to members of the collective.

Defendants are therefore ordered to pay Plaintiffs' reasonable attorney's fees and costs, in the sums set forth above, within no later than fourteen days from the date of entry of this Order.

Upon full payment of the sums set forth in this Order, Plaintiff shall file a notice of dismissal of this action pursuant to Fed. R. Civ. P. 41.

Thus ORDERED this 10 day of September 2018, in Baton Rouge, Louisiana.

                                        Hon. Shelly D. Dick
                                        Chief District Judge