# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MADELINE JENKINS, individually<br>and on behalf of persons similarly situated;<br><br>    Plaintiff<br><br>v.<br><br>OAK LODGE, LLC, PARC 73, LLC<br>and MICHAEL STEVENS;<br><br>    Defendants. | No. 17-01673-SDD-RLB<br><br>Judge Shelly Dick<br>Mag. Richard Bourgeois |

## ORDER OF DISMISSAL

Currently before the Court is Plaintiff's Motion for Voluntary Dismissal, Dkt. #21. Plaintiff has advised the Court that all settlement sums set forth in the Order Granting Settlement Approval, Dkt. #20, have been paid by Defendants in accordance with that Order. This matter is hereby dismissed.

Thus, ORDERED THE 23RD day of October 2018, in Baton Rouge, Louisiana.

*[signature]*

Hon. Shelly D. Dick, Chief
United States District Judge